| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Kathleen A. McCormac (State Bar # 159012)<br>McCormac & Associates<br>655 Montgomery Street, Suite 1200<br>San Francisco, California 94111-2630<br>ATTORNEY FOR (Name): Sharon Fininen, Plaintiff | (415) 399-1722<br>FAX NO.:<br>(415) 399-1733 | |

Insert name of court and name of judicial district and branch court, if any:
**Northern District of California**

PLAINTIFF/PETITIONER: Sharon Fininen

DEFENDANT/RESPONDENT: The Hertz Corp., et al.

**\*E-FILED - 2/11/08\***

**REQUEST FOR DISMISSAL & ORDER**
- [ ] Personal Injury, Property Damage, or Wrongful Death
  - [ ] Motor Vehicle  [ ] Other
- [ ] Family Law
- [ ] Eminent Domain
- [X] Other (specify): Employment

CASE NUMBER:
C 07-01098 RMW xxxx

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. **TO THE CLERK:** Please **dismiss** this action as follows:
   a. (1) [X] With prejudice  (2) [ ] Without prejudice

   b. (1) [ ] Complaint  (2) [ ] Petition
      (3) [ ] Cross-complaint filed by (name):  on (date):
      (4) [ ] Cross-complaint filed by (name):  on (date):
      (5) [X] Entire action of all parties and all causes of action
      (6) [ ] Other (specify):*

Date: November 8, 2007

Seth R. Merrick
(TYPE OR PRINT NAME OF [X] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)
* If dismissal requested is of specified parties only, of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

▶ (SIGNATURE)
Attorney or party without attorney for:
[X] Plaintiff/Petitioner  [ ] Defendant/Respondent
[ ] Cross-complainant

2. **TO THE CLERK:** Consent to the above dismissal is hereby given.**
Date:

▶ (SIGNATURE)
(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)
** If a cross-complaint-or Response (Family Law) seeking affirmative relief-is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
[ ] Plaintiff/Petitioner  [ ] Defendant/Respondent
[ ] Cross-complainant

*(To be completed by clerk)*
3. [xxx] Dismissal entered as requested on (date): 2/11/08
4. [ ] Dismissal entered on (date):  as to only (name):
5. [ ] Dismissal **not entered** as requested for the following reasons (specify):

6. [ ] a. Attorney or party without attorney notified on (date):
       b. Attorney or party without attorney not notified. Filing party failed to provide
          [ ] a copy to conform  [ ] means to return conformed copy

Date: 2/11/08      xxxxxx by *Ronald M. Whyte*, **U.S. DISTRICT JUDGE**, xxxxxx

Form Adopted by the Judicial Council of California
982(a)(5) [Rev. January 1, 1997]
Mandatory Forms

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.
Cal. Rules of Court, rules 383, 1233

LexisNexis® Automated California Judicial Council Forms